■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID GRAVES, Appellant. [24 NYS3d 513]—

Judgment, Supreme Court, New York County (Richard M. Weinberg, J.), rendered October 31, 2013, convicting defendant, upon his plea of guilty, of attempted criminal sale of a controlled substance in the third degree, and sentencing him, as a second felony drug offender, to a term of one year, unanimously affirmed.

Defendant's waiver of indictment and prosecution by superior

court information was valid under CPL 195.10 (2) (b) because the proceedings at issue took place in Supreme Court, not Criminal Court. Defendant waived indictment in Part N, a hybrid court. The record, including all relevant court documents as well as the statements of the court and defense counsel, unequivocally establish that at the time of the waiver of indictment, Part N was operating in its capacity as a Supreme Court part. Concur—Tom, J.P., Acosta, Moskowitz and Gische, JJ.